# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PATRICK OUTLAW, ET AL.**             **CIVIL ACTION**

**VERSUS**

                                                             **NO. 19-462-JWD-RLB**

**JOSE CORTEZ, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 16) dated October 23, 2019, to which an objection was filed (Doc. 17);

**IT IS ORDERED** that Plaintiffs' Motion to Remand (R. Doc. 10) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>November 7, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC